IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SOLOMON L. HENDERSON, ) | |
| # 250 233, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:15-CV-240-WKW |
| v. ) | [WO] |
| ) | |
| BILLY BOWEN, *et al*., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 24, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Southern District of Alabama under the provisions of 28 U.S.C. § 1404.

The Clerk of the Court is DIRECTED to take appropriate steps to effectuate the transfer.

DONE this 20th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE